

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00128-CV

---

El Paso County Juvenile Board and El Paso County, Appellant

v.

Violeta Mena, Appellee

---

On Appeal from the County Court at Law No 7
El Paso County, Texas
Trial Court No. 2022-DCV3817

---

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's judgment denying the County's plea to the jurisdiction and render judgment dismissing her suit for lack of jurisdiction. We further order that

Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 17th day of November 2025.


GINA M. PALAFOX, Justice


Before Salas Mendoza, C.J., Palafox and Chapa, JJ.
Luz Elena D. Chapa, J. (Sitting by Assignment)